IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02178-CMA-BNB

SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL NO. 9,

Plaintiff,

v.

KEVRY CORPORATION, and
BRASS SMITH, LLC,

Defendants.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Motion to Amend Complaint** [docket no. 20, filed December 7, 2009] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Amended Complaint to Compel Arbitration is considered filed in as of **December 8, 2009**, at docket entry no. 21.


DATED: December 8, 2009