**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02178-CMA-BNB

SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL NO. 9,

    Plaintiff,

v.

KEVRY CORPORATION, and
BRASS SMITH, LLC,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation For Dismissal With Prejudice (Doc. # 32). The Court having considered the Stipulation for Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own fees and costs.

DATED: February __26__, 2010

                                              BY THE COURT:

                                              */s/ Christine M. Arguello*
                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge